1

Honorable Ronald B. Leighton

2

3

4

5

6

7

8

UNITED STATES DISTRICT COURT

9

WESTERN DISTRICT OF WASHINGTON
AT TACOMA

10

NORTHWEST EARTHMOVERS,
INC., an Oregon corporation,

11

Plaintiff,

Case No. C09-5795-RBL

12

v.

STIPULATED MOTION TO ALLOW
AMENDMENT AND TO STAY CASE

13

14

FEDERAL DEPOSIT INSURANCE
CORPORATION, as Receiver for The
Bank of Clark County,

**NOTE ON MOTION CALENDAR:**
**Wednesday, April 7, 2010**

15

16

Defendant.

17

18

## I.   STIPULATION AND MOTION

19

The parties, through their undersigned counsel, hereby stipulate as

follows:

20

21

1.      Defendant Federal Deposit Insurance Corporation in its capacity

as Receiver for the Bank of Clark County ("FDIC") has moved to dismiss the

22

23

complaint of plaintiff Northwest Earthmovers, Inc. ("NEI") for lack of subject matter

jurisdiction and/or abstention.  Dkt. No. 9.  That motion is currently noted for

24

consideration on April 23, 2010, and the Court has abrogated the case schedule while

25

that motion is pending.  Dkt. No. 11.

26

Certificate of Service - 1

**MILLER NASH** LLP
ATTORNEYS AT LAW
TELEPHONE: (206) 622-8484
4400 TWO UNION SQUARE
601 UNION STREET
SEATTLE, WASHINGTON  98101-2352

1     2.     The parties have discussed how to resolve this matter most

2 efficiently, and agree as follows.

3     3.     The FDIC hereby withdraws its pending Motion to Dismiss [Dkt.

4 No. 9], without prejudice to refiling that motion or a similar motion if necessary.  NEI

5 agrees not to object to such new filing if it becomes necessary as discussed below.

6     4.     On or before April 19, 2010, plaintiff shall file an amended

7 complaint.  The FDIC agrees not to object to or oppose the filing of such amended

8 complaint.

9     5.     Upon the filing of that amended complaint, the parties jointly

10 request that this action be stayed in its entirety, but not dismissed, to allow plaintiff to

11 continue to pursue its remedies in the pending state law construction lien foreclosure in

12 Clackamas County (Oregon) Circuit Court entitled *Northwest Earthmovers, Inc. v.*

13 *M.B. Custom Homes and Development*, *et al.*, Case No. CV09040306 (the

14 "Foreclosure Action").

15     6.     The FDIC believes that the resolution of the Foreclosure Action

16 will render this action moot.  Plaintiff NEI agrees that may be the outcome, but is not

17 certain of that yet, and so wants the Court to stay, but not dismiss, the case at this

18 juncture.

19     7.     The parties agree to file with the Court regular status reports

20 regarding the status of Foreclosure Action, and the remaining need for this action.  The

21 parties propose that the first such status report be filed in one year, and subsequent

22 reports be filed every six months thereafter or as the Court may otherwise order.

23     8.     Upon thirty (30) days written notice to the opposing party, either

24 party may move to have the stay lifted

25     9.     Except as otherwise noted, this stipulation is without prejudice to

26 the rights, claims or defenses of either party.

Certificate of Service - 2
()

**MILLER NASH** LLP
ATTORNEYS AT LAW
TELEPHONE: (206) 622-8484
4400 TWO UNION SQUARE
601 UNION STREET
SEATTLE, WASHINGTON  98101-2352

1

2

So Stipulated this 7ᵗʰ day of April, 2010.

3

DUNN CARNEY HIGGINS &                    MILLER NASH LLP
TONGUE, LLP

4

5

*s/William R. Joseph*                    *s/Brian W. Esler*
William R. Joseph, WSB No. 39934         Brian W. Esler, WSB No. 22168
bjoseph@dunncarney.com                   brian.esler@millernash.com

6

7

Attorneys for Plaintiff Northwest        Attorneys for Defendant Federal Deposit
Earthmovers, Inc.                        Insurance Corporation, as Receiver for The
                                         Bank of Clark County

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

Certificate of Service - 3
()

MILLER NASH LLP
ATTORNEYS AT LAW
TELEPHONE: (206) 622-8484
4400 TWO UNION SQUARE
601 UNION STREET
SEATTLE, WASHINGTON  98101-2352

1

2                                    **II.   <u>ORDER</u>**

3              Based upon the above stipulation, IT IS SO ORDERED that (1) the

4    FDIC's motion to dismiss [Dkt. No. 9] is hereby taken off the docket; (2) plaintiff NEI

5    may file an amended complaint on or before April 19, 2010; and (3) thereafter, this

6    matter will be stayed, but not dismissed.

7              It is further ORDERED that the parties shall submit a joint status report

8    on or before April 19, 2011, which report shall inform the Court regarding the status of

9    the Foreclosure Action and the continued need for this action.  The parties shall submit

10   similar status reports every six (6) months thereafter.  If at any time, the resolution of

11   the Foreclosure Action has rendered this action moot or unnecessary, the parties shall

12   so inform the Court as soon as possible so that this action may be dismissed.

13             Either party may move to resume this action; however, the moving party

14   shall provide written notice to the opposing party of its intent to so move at least thirty

15   (30) days prior to filing and serving any such motion.

16

17             SO ORDERED this 8th day of April, 2010.

18

19

20   _____

21   RONALD B. LEIGHTON
     UNITED STATES DISTRICT JUDGE

22

23

24

25

26

Certificate of Service - 4
()

**MILLER NASH** LLP
ATTORNEYS AT LAW
TELEPHONE: (206) 622-8484
4400 TWO UNION SQUARE
601 UNION STREET
SEATTLE, WASHINGTON  98101-2352